# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | Case No. 08-30944 CAD |
|---|---|---|
| UNIQUE FOOD EQUIPMENT, INC. | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on          . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of                              $

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing claims in this case was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $       as interim compensation and now requests a sum of $      , for a total compensation of $          . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $     , and now requests reimbursement for expenses of $     , for total expenses of $    .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/CATHERINE STEEGE_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-30944 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | UNIQUE FOOD EQUIPMENT, INC. | | | | Date Filed (f) or Converted (c): | 11/13/08 (f) |
| | | | | | 341(a) Meeting Date: | 12/22/08 |
| For Period Ending: | 08/24/09 | | | | Claims Bar Date: | 05/19/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Petty cash | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Checking account at Manufactures Bank, South Holla | 3,500.00 | 7,839.82 | | 7,839.82 | FA | 0.00 | 0.00 |
| 3. Payroll Account at Manufatures Bank, South Holland | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Current account receivables | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Refund for overpaid State of Illinois Sales Tax | 1,200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Two Operating Service Vans with 200k+ miles each. | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. 1995 Dodge Ram 2500 Pickup Truck with 185k miles | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. 2004 Ford Ecoline 250; surrendering | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. 2002 Chevy 2100 | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. 1997 Ford Econoline; does not run | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Equipment | 11,200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.86 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $34,550.00 $7,839.82 $7,840.68 $0.00 $0.00 $0.00
(Total Dollar Amount in Column 6)

LFORM1EX
UST Form 101-7-TFR (4/1/2009) *(Page: 3)*

Ver: 14.31c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 08-30944    CAD    Judge: CAROL A. DOYLE | Trustee Name: CATHERINE STEEGE |
| Case Name: UNIQUE FOOD EQUIPMENT, INC. | Date Filed (f) or Converted (c): 11/13/08 (f) |
| | 341(a) Meeting Date: 12/22/08 |
| | Claims Bar Date: 05/19/09 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-30944 -CAD | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | UNIQUE FOOD EQUIPMENT, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5676 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3916 | | |
| For Period Ending: | 08/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/09 | 2 | MB Financial Bank<br>800 West Madison Street<br>Chicago, IL 60607<br>1.888 i bank mb | | 1129-000 | 7,839.82 | | 7,839.82 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 7,839.84 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,839.91 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,840.08 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,840.28 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,840.48 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,840.68 |

Page Subtotals 7,840.68 0.00

Ver: 14.31c

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 5)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 08-30944 -CAD | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | UNIQUE FOOD EQUIPMENT, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5676 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3916 | | | |
| For Period Ending: | 08/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 7,840.68 | 0.00 | 7,840.68 |
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 7,840.68 | 0.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 7,840.68 | 0.00 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | Money Market Account (Interest Earn - *******5676 | 7,840.68 | 0.00 | 7,840.68 |
|  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  | 7,840.68 | 0.00 | 7,840.68 |
|  |  | ============== | ============== | ============== |
|  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 14.31c

LFORM24
UST Form 101-7-TFR (4/1/2009) *(Page: 6)*

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-30944 | | Page 1 | | Date: August 24, 2009 |
| Debtor Name: | UNIQUE FOOD EQUIPMENT, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 070 7100-00 | Avaya Inc<br>c/o RMS Bankruptcy Services<br>PO Box 5126<br>Timonium Maryland 21094 | Unsecured | | $280.50 | $0.00 | $280.50 |
| 000003 070 7100-00 | United Parcel Service<br>c/o RMS Bankruptcy Recovery Svcs<br>PO Box 4396<br>Timonium Maryland 21094 | Unsecured | | $822.47 | $0.00 | $822.47 |
| 000004 070 7100-00 | Bearing Headquarters Co<br>Attn Roger<br>2550 S 25th Ave<br>Broadview, IL 60155 | Unsecured | | $2,090.24 | $0.00 | $2,090.24 |
| 000005 070 7100-00 | Talsa USA Inc<br>808 Rice Street, Suite 2<br>Saint Paul, MN 55117 | Unsecured | | $66.42 | $0.00 | $66.42 |
| 000006 070 7100-00 | Biro Manufacturing<br>1114 W. Main Street<br>Lakeside Marblehead, OH 43440 | Unsecured | | $7,821.45 | $0.00 | $7,821.45 |
| 000007 070 7100-00 | Grote Company<br>1160 Gahanna Pkwy<br>Columbus, OH 43230 | Unsecured | | $869.40 | $0.00 | $869.40 |
| 000008 070 7100-00 | Mini-pack America<br>1832 N Glassell Street<br>Orange, CA 92865 | Unsecured | | $13,786.71 | $0.00 | $13,786.71 |
| 000009 070 7100-00 | MAINCA USA<br>411 EICHELBERGER STREET<br>SAINT LOUIS MO 63111-1914 | Unsecured | | $2,637.22 | $0.00 | $2,637.22 |
| 000010 070 7100-00 | Speedway SuperAmerica<br>PO Box 1590<br>Springfield, OH 45501 | Unsecured | | $1,634.66 | $0.00 | $1,634.66 |
| 000011 070 7100-00 | McCarthy Food Equipment<br>2103 W 58th Street<br>Indianapolis, IN 46228 | Unsecured | | $2,624.97 | $0.00 | $2,624.97 |
| 000012 070 7100-00 | Statewide Equipment Repair<br>Attn Tim Haydon<br>PO Box 495<br>Sussex, WI 53089-0495 | Unsecured | | $3,990.15 | $0.00 | $3,990.15 |
| 000013 070 7100-00 | Hollymatic Corporation<br>C/O Sharysh & Schroeder, Ltd<br>33 N Dearborn St, Ste 1300<br>Chicago, IL 60602 | Unsecured | | $100,000.00 | $0.00 | $100,000.00 |
| 000001 050 4110-00 | Ford Motor Credit<br>National Bankruptcy Service Center<br>PO Box 537901 | Secured | | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-30944 | | Page 2 | | Date: August 24, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | UNIQUE FOOD EQUIPMENT, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Livonia, MI 48153-7901 | | | | | |
| | Case Totals: | | | $136,624.19 | $0.00 | $136,624.19 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-30944 CAD
Case Name: UNIQUE FOOD EQUIPMENT, INC.
Trustee Name: CATHERINE STEEGE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: CATHERINE STEEGE | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

         *Reason/Applicant*   *Fees*    *Expenses*

   *Attorney for debtor:*_____ $_____ $_____

   *Attorney for:*_____ $_____ $_____

   *Accountant for:*_____ $_____ $_____

   *Appraiser for:*_____ $_____ $_____

   *Other:*_____ $_____ $_____

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $  must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

*Claim Number*  *Claimant*        *Allowed Amt. of Claim* *Proposed Payment*

_____  _____  $_____  $_____

_____  _____  $_____  $_____

_____  _____  $_____  $_____

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  percent.

  Timely allowed general (unsecured) claims are as follows:

*Claim Number*  *Claimant*        *Allowed Amt. of Claim* *Proposed Payment*

*000002*    *Avaya Inc*       $_____  $_____

*000003*    *United Parcel Service*   $_____  $_____

*000004*    *Bearing Headquarters Co*  $_____  $_____

*000005*    *Talsa USA Inc*     $_____  $_____

*000006*    *Biro Manufacturing*   $_____  $_____

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000007* | *Grote Company* | $ | $ |
| *000008* | *Mini-pack America* | $ | $ |
| *000009* | *MAINCA USA* | $ | $ |
| *000010* | *Speedway SuperAmerica* | $ | $ |
| *000011* | *McCarthy Food Equipment* | $ | $ |
| *000012* | *Statewide Equipment Repair* | $ | $ |
| *000013* | *Hollymatic Corporation* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .