# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § Case No. 08-30944 CAD
UNIQUE FOOD EQUIPMENT, INC. §
 §
 Debtors §
 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 7,840.68 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance of* | $ | 7,840.68 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                   *Proposed Payment*
_____   $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: CATHERINE STEEGE* | $ 1,534.07 | $ 0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* | | $ | $ |
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,624.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Avaya Inc | $ 280.50 | $ 12.95 |
| 000003 | United Parcel Service | $ 822.47 | $ 37.97 |
| 000004 | Bearing Headquarters Co | $ 2,090.24 | $ 96.48 |
| 000005 | Talsa USA Inc | $ 66.42 | $ 3.07 |
| 000006 | Biro Manufacturing | $ 7,821.45 | $ 361.04 |
| 000007 | Grote Company | $ 869.40 | $ 40.13 |
| 000008 | Mini-pack America | $ 13,786.71 | $ 636.40 |
| 000009 | MAINCA USA | $ 2,637.22 | $ 121.73 |
| 000010 | Speedway SuperAmerica | $ 1,634.66 | $ 75.46 |
| 000011 | McCarthy Food Equipment | $ 2,624.97 | $ 121.17 |
| 000012 | Statewide Equipment Repair | $ 3,990.15 | $ 184.19 |
| 000013 | Hollymatic Corporation | $ 100,000.00 | $ 4,616.02 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

      The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

CLERK OF THE U.S. BANKRUPTCY COURT

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/29/2009 in Courtroom 742 ,

United States Courthouse

219 S. Dearborn Street

Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/24/2009        By:/s/CATHERINE STEEGE
                                        Trustee

*CATHERINE STEEGE*
*330 N. WABASH AVENUE, CHICAGO, IL 60611-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt              Page 1 of 2                   Date Rcvd: Aug 25, 2009
Case: 08-30944                Form ID: pdf006            Total Noticed: 56

The following entities were noticed by first class mail on Aug 27, 2009.
db           +Unique Food Equipment, Inc.,    18535 Gladville Ave.,   Homewood, IL 60430-3811
aty          +Thomas W Lynch,    Thomas W Lynch & Associates PC,   9231 S Roberts Rd,
               Hickory Hills, IL 60457-3810
tr           +Catherine L. Steege, ESQ,    Jenner & Block,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
12861888     +ARY, Inc,    10301 Hickman Mills Drive,    Suite 110,   Kansas City, MO 64137-1660
12861889     +AT&T,    Bankruptcy Dept,    PO Box 769,    Arlington, TX 76004-0769
12861884     +Airgas North Central,    601 C. Avenue NE,    Cedar Rapids, IA 52401-1020
12861885     +Alamo Holly Sales & Service,    6600 Guada Coma Drive,    Schertz, TX 78154-3206
12861886     +Altivity Packaging,    Attn Jackie Straub,    1500 Nicholas Blvd,
               Elk Grove Village, IL 60007-5516
12861887     +Ar-bee Transparent,    1450 Pratt Blvd,    Elk Grove Village, IL 60007-5713
12861890     +Avaya Inc,    c/o RMS Bankruptcy Services,    PO Box 5126,    Timonium Maryland 21094-5126
12861891     +Bearing Headquarters Co,    Attn Roger,    2550 S 25th Ave,    Broadview, IL 60155-3894
12861892     +Berkel Midwest,    Attn Chris,    4900 W 128th Place,    Alsip, IL 60803-3012
12861893     +Bira Manufacturing,    1114 W. Main Street,    Lakeside Marblehead, OH 43440-2099
12861894     +Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
12861895     +Cochrane Compressor,    4533 W North Ave,    Melrose Park, IL 60160-1023
12861896     +D.W. Ram,    18530 Spring Creek Drive,    Tinley Park, IL 60477-6244
12861897     +Daniels Food Equipment,    310 N Clayborn Ave,    Parkers Prairie, MN 56361-4748
12861898     +Denormandie Towel,    7780 S Dante Ave,    Chicago, IL 60619-3495
12861899     +Dex,    200 E Randolph,    70th Floor,    Chicago, IL 60601-6436
12861900      Donald McCracken,    N 580 EE,    Demotte, IN 46310
12861901     +Dupey Equipment,    2048 NW 92nd Court,    Clive, IA 50325-5483
12861902     +Edge Manufacturing,    1120 Mason Circle S,    Pevely, MO 63070-1637
12861903     +Englewood Electric,    3939 S Karlov Ave,    Chicago, IL 60632-3881
12861904     +Everson Spice Co,    2667 Gundry Ave,    Signal Hill, CA 90755-1808
12861905      FedEx,    PO Box 94515,    Palatine, IL 60094-4515
12861906      Ford Motor Credit,    National Bankruptcy Service Center,    PO Box 537901,
               Livonia, MI 48153-7901
12861907     +Framarx Waxster,    Attn Larry,    3224 Butler Street,    Chicago Heights, IL 60411-5505
12861908     +Freight Quote,    16025 W 113th Street,    Lenexa, KS 66219-5105
12861909     +Grainger WW Inc,    6001 W 115th St,    Alsip, IL 60803-5152
12861910     +Grote Company,    1160 Gahanna Pkwy,    Columbus, OH 43230-6615
12861912     +Hollymatic Corporation,    600 E Plainfield,    La Grange, IL 60525-6900
12861911     +Hollymatic Corporation,    C/O Sharysh & Schroeder, Ltd,    33 N Dearborn St, Ste 1300,
               Chicago, IL 60602-3106
12861913      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12861916      JVR Industries,    100 W Drullard Ave,    Depew, NY 14043
12861915     +Jaccard Corporation,    3421 N Benzing Rd,    Orchard Park, NY 14127-1592
12861917     +KNBT,    Cardmember Service,    942 Hilton Street,    Bethlehem, PA 18017-5204
12861918     +Lance Industries,    55 Industrial Circle,    Lincoln, RI 02865-2606
12861919     +Mainca USA,    411 Eichelberger Street,    Saint Louis, MO 63111-1914
12861920     +McCarthy Food Equipment,    2103 W 58th Street,    Indianapolis, IN 46228-1709
12861921     +Merritt Credit Bureau,    549 W Randolph St, #405,    Chicago, IL 60661-2201
12861922     +Mini-pack America,    1832 N Glassell Street,    Orange, CA 92865-4312
12861923     +Mol Belting Co,    2532 Waldorf Court,    Grand Rapids, MI 49544-1478
12861924      National Band Saw,    PO Box 800190,    Santa Clarita, CA 91380-0190
12861925     +Nuteck Manufacturing,    908 Garnet Court,    New Lenox, IL 60451-3569
12861926     +Papco,    9410 De Soto Ave,    Suite A,    Chatsworth, CA 91311-4993
12861927     +Plumbing & Electric Supply,    642 Burnham Ave,    Calumet City, IL 60409-4002
12861929     +Secure International,    1286 Broadway St, Ste 1,    Buffalo, NY 14212-1703
12861930     +Speedway SuperAmerica,    PO Box 1590,    Springfield, OH 45501-1590
12861931      Sprint,    Bankruptcy Department,    PO Box 219554,    Kansas City, MO 64121-9554
12861932      Statewide Equipment Repair,    Attn Tim Haydon,    PO Box 495,    Sussex, WI 53089-0495
12861933     +Talsa USA Inc,    808 Rice Street, Suite 2,    Saint Paul, MN 55117-5420
12861934     +Tooling & Manufacturing,    1177 S Dee Road,    Park Ridge, IL 60068-4396
12861935     +Tri-Powdercoating Inc,    8585 S 77th Ave,    Bridgeview, IL 60455-1779
12861936      UPS,    55 Glandale Parkway NE,    Atlanta, GA 30328
12969280     +United Parcel Service,    c/o RMS Bankruptcy Recovery Svcs,    PO Box 4396,
               Timonium Maryland 21094-4396
The following entities were noticed by electronic transmission on Aug 26, 2009.
12861928     +E-mail/Text: SAGENOTICES@EFTNET.COM                             Sage Payment Solutions,
               1750 Old Meadow Rd, #300,    Mc Lean, VA 22102-4304
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12861914*     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
13636938*     MAINCA USA,    411 EICHELBERGER STREET,    SAINT LOUIS MO 63111-1914
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: dpruitt           Page 2 of 2            Date Rcvd: Aug 25, 2009
Case: 08-30944                Form ID: pdf006         Total Noticed: 56
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2009**                          **Signature:**    _Joseph Speetjens_