UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| UNIQUE FOOD EQUIPMENT, INC. | § § | Case No. 08-30944 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/CATHERINE STEEGE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153-7901 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Dept of Revenue Bankruptcy & Bulk, Level 7-425 100 W Randolph, 7th Floor Chicago, IL 60601 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARY, Inc 10301 Hickman Mills Drive Suite 110 Kansas City, MO 64137 | | | | | |
| AT&T Bankruptcy Dept PO Box 769 Arlington, TX 76004 | | | | | |
| Airgas North Central 601 C. Avenue NE Cedar Rapids, IA 52401 | | | | | |
| Alamo Holly Sales & Service 6600 Guada Coma Drive Schertz, TX 78154 | | | | | |
| Altivity Packaging Attn Jackie Straub 1500 Nicholas Blvd Elk Grove Village, IL 60007 | | | | | |
| Ar-bee Transparent 1450 Pratt Blvd Elk Grove Village, IL 60007 | | | | | |
| Berkel Midwest Attn Chris 4900 W 128th Place Alsip, IL 60803 | | | | | |
| Business Card PO Box 15710 Wilmington, DE 19886 | | | | | |
| Cochrane Compressor 4533 W North Ave Melrose Park, IL 60160 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| D.W. Ram 18530 Spring Creek Drive Tinley Park, IL 60477 | | | | | |
| Daniels Food Equipment 310 N Clayborn Ave Parkers Prairie, MN 56361 | | | | | |
| Denormandie Towel 7780 S Dante Ave Chicago, IL 60619 | | | | | |
| Dex 200 E Randolph 70th Floor Chicago, IL 60601 | | | | | |
| Donald McCracken N 580 EE Demotte, IN 46310 | | | | | |
| Dupey Equipment 2048 NW 92nd Court Clive, IA 50325 | | | | | |
| Edge Manufacturing 1120 Mason Circle S Pevely, MO 63070 | | | | | |
| Englewood Electric 3939 S Karlov Ave Chicago, IL 60632 | | | | | |
| Everson Spice Co 2667 Gundry Ave Signal Hill, CA 90755 | | | | | |
| FedEx PO Box 94515 Palatine, IL 60094-4515 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153-7901 | | | | | |
| Framarx Waxster Attn Larry 3224 Butler Street Chicago Heights, IL 60411 | | | | | |
| Freight Quote 16025 W 113th Street Lenexa, KS 66219 | | | | | |
| Grainger WW Inc 6001 W 115th St Alsip, IL 60803 | | | | | |
| JVR Industries 100 W Drullard Ave Depew, NY 14043 | | | | | |
| Jaccard Corporation 3421 N Benzing Rd Orchard Park, NY 14127 | | | | | |
| KNBT Cardmember Service 942 Hilton Street Bethlehem, PA 18017 | | | | | |
| Lance Industries 55 Industrial Circle Lincoln, RI 02865 | | | | | |
| Merritt Credit Bureau 549 W Randolph St, #405 Chicago, IL 60661 | | | | | |
| Mol Belting Co 2532 Waldorf Court Grand Rapids, MI 49544 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| National Band Saw PO Box 800190 Santa Clarita, CA 91380-0190 | | | | | |
| Nuteck Manufacturing 908 Garnet Court New Lenox, IL 60451 | | | | | |
| Papco 9410 De Soto Ave Suite A Chatsworth, CA 91311 | | | | | |
| Plumbing & Electric Supply 642 Burnham Ave Calumet City, IL 60409 | | | | | |
| Sage Payment Solutions 1750 Old Meadow Rd, #300 Mc Lean, VA 22102 | | | | | |
| Secure International 1286 Broadway St, Ste 1 Buffalo, NY 14212 | | | | | |
| Sprint Bankruptcy Department PO Box 219554 Kansas City, MO 64121-9554 | | | | | |
| Tooling & Manufacturing 1177 S Dee Road Park Ridge, IL 60068 | | | | | |
| Tri-Powdercoating Inc 8585 S 77th Ave Bridgeview, IL 60455 | | | | | |
| UPS 55 Glandale Parkway NE Atlanta, GA 30328 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AVAYA INC | | | | | |
| BEARING HEADQUARTERS CO | | | | | |
| BIRO MANUFACTURING | | | | | |
| GROTE COMPANY | | | | | |
| HOLLYMATIC CORPORATION | | | | | |
| MAINCA USA | | | | | |
| MCCARTHY FOOD EQUIPMENT | | | | | |
| MINI-PACK AMERICA | | | | | |
| SPEEDWAY SUPERAMERICA | | | | | |
| STATEWIDE EQUIPMENT REPAIR | | | | | |
| TALSA USA INC | | | | | |
| UNITED PARCEL SERVICE | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 08-30944    CAD    Judge: CAROL A. DOYLE |
| Case Name: | UNIQUE FOOD EQUIPMENT, INC. |
| For Period Ending: | 01/26/10 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Date Filed (f) or Converted (c): | 11/13/08 (f) |
| 341(a) Meeting Date: | 12/22/08 |
| Claims Bar Date: | 05/19/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Petty cash | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Checking account at Manufactures Bank, South Holla | 3,500.00 | 7,839.82 | | 7,839.82 | FA | 0.00 | 0.00 |
| 3. Payroll Account at Manufatures Bank, South Holland | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Current account receivables | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Refund for overpaid State of Illinois Sales Tax | 1,200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Two Operating Service Vans with 200k+ miles each. | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. 1995 Dodge Ram 2500 Pickup Truck with 185k miles | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. 2004 Ford Ecoline 250; surrendering | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. 2002 Chevy 2100 | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. 1997 Ford Econoline; does not run | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Equipment | 11,200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.25 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $34,550.00    $7,839.82        $7,841.07    $0.00    $0.00    $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-30944   CAD   Judge: CAROL A. DOYLE | Trustee Name: | CATHERINE STEEGE |
| Case Name: | UNIQUE FOOD EQUIPMENT, INC. | Date Filed (f) or Converted (c): | 11/13/08 (f) |
| | | 341(a) Meeting Date: | 12/22/08 |
| | | Claims Bar Date: | 05/19/09 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /         Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-30944 -CAD | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | UNIQUE FOOD EQUIPMENT, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5676  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3916 | | |
| For Period Ending: | 01/26/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/09 | 2 | MB Financial Bank 800 West Madison Street Chicago, IL 60607 1.888 i bank mb | | 1129-000 | 7,839.82 | | 7,839.82 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 7,839.84 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,839.91 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,840.08 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,840.28 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,840.48 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,840.68 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,840.88 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,841.07 |
| 10/01/09 | | Transfer to Acct #*******5731 | Final Posting Transfer | 9999-000 | | 7,841.07 | 0.00 |

Page Subtotals        7,841.07        7,841.07

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-30944 -CAD | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | UNIQUE FOOD EQUIPMENT, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5676  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3916 | | |
| For Period Ending: | 01/26/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,841.07 | 7,841.07 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 7,841.07 | |
| | | | Subtotal | | 7,841.07 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,841.07 | 0.00 | |

Page Subtotals        0.00        0.00

Ver: 15.06

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-30944 -CAD | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | UNIQUE FOOD EQUIPMENT, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5731  BofA - Checking Account |
| Taxpayer ID No: | *******3916 | | | |
| For Period Ending: | 01/26/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/09 | | Transfer from Acct #*******5676 | Transfer In From MMA Account | 9999-000 | 7,841.07 | | 7,841.07 |
| 10/07/09 | 003001 | Hollymatic Corporation<br>c/o Sharysh & Schroeder, Ltd<br>33 N Dearborn St, Ste 1300<br>Chicago, IL 60602 | Final Distribution | 7100-000 | | 4,616.28 | 3,224.79 |
| 10/07/09 | 003002 | Statewide Equipment Repair<br>Attn Tim Haydon<br>PO Box 495<br>Sussex, WI 53089-0495 | Final Distribution | 7100-000 | | 184.20 | 3,040.59 |
| 10/07/09 | 003003 | McCarthy Food Equipment<br>2103 W 58th Street<br>Indianapolis, IN 46228 | Final Distribution | 7100-000 | | 121.18 | 2,919.41 |
| 10/07/09 | 003004 | Speedway SuperAmerica<br>PO Box 1590<br>Springfield, OH 45501 | Final Distribution | 7100-000 | | 75.46 | 2,843.95 |
| 10/07/09 | 003005 | MAINCA USA<br>411 EICHELBERGER STREET<br>SAINT LOUIS MO 63111-1914 | Final Distribution | 7100-000 | | 121.74 | 2,722.21 |
| 10/07/09 | 003006 | Mini-pack America<br>1832 N Glassell Street<br>Orange, CA 92865 | Final Distribution | 7100-000 | | 636.43 | 2,085.78 |
| | | | Page Subtotals | | 7,841.07 | 5,755.29 | |

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-30944 -CAD | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | UNIQUE FOOD EQUIPMENT, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5731  BofA - Checking Account |
| Taxpayer ID No: | *******3916 | | |
| For Period Ending: | 01/26/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/09 | 003007 | Grote Company<br>1160 Gahanna Pkwy<br>Columbus, OH 43230 | Final Distribution | 7100-000 | | 40.13 | 2,045.65 |
| 10/07/09 | 003008 | Biro Manufacturing<br>1114 W. Main Street<br>Lakeside Marblehead, OH 43440 | Final Distribution | 7100-000 | | 361.06 | 1,684.59 |
| 10/07/09 | 003009 | Talsa USA Inc<br>808 Rice Street, Suite 2<br>Saint Paul, MN 55117 | Final Distribution | 7100-000 | | 3.07 | 1,681.52 |
| 10/07/09 | 003010 | Bearing Headquarters Co<br>Attn Roger<br>2550 S 25th Ave<br>Broadview, IL 60155 | Final Distribution | 7100-000 | | 96.49 | 1,585.03 |
| 10/07/09 | 003011 | United Parcel Service<br>c/o RMS Bankruptcy Recovery Svcs<br>PO Box 4396<br>Timonium Maryland 21094 | Final Distribution | 7100-000 | | 37.97 | 1,547.06 |
| 10/07/09 | 003012 | Avaya Inc<br>c/o RMS Bankruptcy Services<br>PO Box 5126<br>Timonium Maryland 21094 | Final Distribution | 7100-000 | | 12.95 | 1,534.11 |
| 10/07/09 | 003013 | Jenner & Block LLP | Final Disbursement - Trustee Comp | 2100-000 | | 1,534.11 | 0.00 |
| | | | | Page Subtotals | 0.00 | 2,085.78 | |

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-30944 -CAD |
| Case Name: | UNIQUE FOOD EQUIPMENT, INC. |
| Taxpayer ID No: | *******3916 |
| For Period Ending: | 01/26/10 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5731 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 330 N. Wabash Avenue Chicago, IL 60611 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,841.07 | 7,841.07 | 0.00 |
| Less: Bank Transfers/CD's | 7,841.07 | 0.00 | |
| Subtotal | 0.00 | 7,841.07 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,841.07 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********5676 | 7,841.07 | 0.00 | 0.00 |
| BofA - Checking Account - ********5731 | 0.00 | 7,841.07 | 0.00 |
| | 7,841.07 | 7,841.07 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 16)*